UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID E. LEWIS, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>          Defendant. | CASE NO. 2:15-cv-01202 JRC<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (*See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6) This matter is before the Court on defendant's stipulated motion to remand the matter to the Acting Commissioner for further consideration (Dkt. 12).

After reviewing defendant's stipulated motion and the remaining record, the Court grants defendant's motion, and reverses and remands this matter to the Acting Commissioner.

1     Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including the opportunity for a *de novo* hearing. Following remand, the Appeals Council will instruct the Administrative Law Judge to (1) update the medical evidence of record; (2) reconsider the medical opinion evidence, including the opinions of Drs. Hoerr and Cowden; (3) reconsider the credibility of the claimant's subjective complaints; (4) re-assess the claimant's RFC; and (5) continue with the remaining steps of the sequential evaluation as appropriate.

    This remand shall be made pursuant to sentence four of 42 U.S.C. § 405(g). Following proper request to this Court, plaintiff shall be entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412.

    Given the facts and the parties' stipulation, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

    Dated this 26th day of January, 2016.

J. Richard Creatura
United States Magistrate Judge