UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DAVID E. LEWIS, JR.,

          Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

          Defendant.

CASE NO. 2:15-cv-01202 JRC

ORDER ON STIPULATED MOTION
FOR EQUAL ACCESS TO JUSTICE
ACT FEES

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees (*see* Dkt. 15).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of the parties (*see* Dkt. 15), the attorney declaration and time itemizations (Dkt. 15, Attachments 2, 3), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $3,967.34 shall

1  be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct.

2  2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).

3        The Acting Commissioner shall contact the Department of Treasury after the Order for

4  EAJA fees is entered to determine if the EAJA fees are subject to any offset.  If it is determined

5  that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the

6  Treasury's Offset Program, then the check for EAJA fees shall be made payable to David Oliver,

7  Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Plaintiff's

8  Declaration Regarding Net Worth and Payment of EAJA Fees, Dkt. 15, Attachment 4).  If there

9  is an offset, the remainder shall be made payable to plaintiff, based on the practice of the

10  Department of the Treasury (*see*, *e.g.*, Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA

11  fees shall be mailed to plaintiff's counsel, David Oliver, Esq., at David Oliver & Associates,

12  2608 South 47th Street, Suite C, Tacoma, WA 98409.

13        Dated this 8th day of March, 2016.

14

15                  J. Richard Creatura

16                  United States Magistrate Judge

17

18

19

20

21

22

23

24

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES - 2